NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RASHAUN KELLY,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D18-356
                                        )
KELLY SERVICES, INC.,                   )
                                        )
            Appellee.                   )
_____)

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Polk
County; Larry Helms, Judge.

Rashaun Kelly, pro se Appellant.

Cherie L. Silberman of Constangy, Brooks,
Smith, & Prophete, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


MORRIS, BADALAMENTI, and ATKINSON, JJ., Concur.